# UNITED STATES DISTRICT COURT

### for the

### San Antonio District of Texas

FILED

NOV - 3 2020

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Ramon J. Martinez,
*Plaintiff*

v.

Cornerstone Church
a/k/a Global Evangelism Inc. a/k/a Cornerstone Christian Schools
Cindy Villarreal, Jesus (Jacobo) Rodriguez, Eddie Garcia
*Defendant*

)
)
)
)
)
)
)
)
)
)

Civil Action No.

SA20CA1293
FB

## APPLICATION TO PROCEED IN DISTRICT COURT
## WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __N/A__. If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

I am currently employed by Cornerstone Church, a/k/a Global Evangelism Inc., a/k/a Cornerstone Christian Schools Located at:

> 18755 Stone Oak Pkwy
> San Antonio, TX 78258

My take-home pay or wages are: $13.92 an hour per *(specify pay period) Every two weeks is pay period.*

3. *Other Income.* In the past 12 months, I have received income from the following sources
   *(check all that apply):*

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | X No |
| (b) Rent payments, interest, or dividends | ☐ Yes | X No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | X No |
| (d) Disability, or worker's compensation payments | ☐ Yes | X No |
| (e) Gifts, or inheritances | ☐ Yes | X No |
| (f) Any other sources | x Yes | ☐ No |

I get financial Aid for being a full-time student. I have also applied to the city for emergency aid due to COVID-19 Pandemic. Which has already assisted with paying rent for the past 3 months. Food pantries have also assisted during this pandemic crisis.

1

4.  Amount of money that I have in cash or in a checking or savings account: $230.00

AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, artwork, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

    2000 Mazda MPV Mini Van

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

2017 KIA Sedona Mini Van Monthly Payments: $405

Monthly Rent $998.00

Electric Monthly: $250

SAWS (Water) Monthly: $40

Internet Monthly: $180

Car Insurance Monthly: $170

Food/Gas/Maintenance/Entertainment Monthly $500

Total $2138

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

All dependents live in my household and I provide for everyone and I am also the sole provider of this home.

Wife: Malinda Ann Martinez

Daughter: L. A. M. age 7

Son: B. L. M. age 6

Daughter: I. C. M. age 5

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: No additional

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _11 - 3 - 2020_         Applicant's Signature: _[signature]_

                              Printed Name: _[signature]_

2

## GLOBAL EVANGELISM INC.

| Employee Name: | Ramon J. Martinez | | | | | Social Security: | xxx-xx-5245 | | 10/22/2020 | 1052250 |



| Earnings | | | | Benefits | | Deductions | | Leave | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Code | Amount | Code | Accrued | Taken | Balance |
| FTPAY | 13.92 | 71.76 | 998.90 | | | CCSCH... | 127.35 | SICK | 1.85 | 0.00 | 5.25 |
| FTVAC | 13.92 | 16.00 | 222.72 | | | EMPRE... | 32.00 | VAC | 3.15 | 16.00 | 25.40 |
| FTOVT | 20.88 | 6.95 | 145.12 | | | T315C | 515.06 | | | | |
| | | | | | | MEDIC | 116.00 | | | | |
| | | | | | | STERM... | 20.65 | | | | |
| | | | | | | VISION... | 10.66 | Taxes | | | |
| | | | | | | ACCPOL | 11.58 | Code | Current | YTD | YTD Tax Earnings |
| | | | | | | CRIT ILL | 16.55 | | | | |
| | | | | | | DENTL | 37.60 | FIT | 117.77 | 1,833.27 | 19,884.09 |
| | | | | | | | | SS | 73.83 | 1,232.81 | 19,884.09 |
| | | | | | | | | MC | 17.27 | 288.33 | 19,884.09 |

| | | | | | Totals | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pay Period: | 09/30/2020 | 10/13/2020 | Earnings | 1,366.74 | Benefits | | 0.00 | Taxes | 208.87 |
| | | | Deductions | 887.45 | Workers' Comp | | 0.00 | Net Pay | 270.42 |

Global Evangelism, Inc.

18410 Sonterra Place Ste. 250
San Antonio, TX 78258

09-30-2020 10-13-2020

Scanned with CamScanner